IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARITABLE DAF FUND, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-1710-N |
| | § | |
| HIGHLAND CAPITAL | § | |
| MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER</u>**

This Order addresses Defendant Highland Capital Management, L.P.'s ("HCM")

motion for reconsideration of this Court's earlier order staying this case [8].  This case

challenges a transaction consumated in the course of a consolidated bankruptcy proceeding

and names as the sole defendant the debtor in that bankruptcy.  The Court therefore

concludes that this case constitutes a matter "related to" a case in the bankruptcy court

under the meaning of this District's Miscellaneous Order No. 33.  Accordingly, the Court

grants Defendant's motion, lifts the stay, and refers this case to Judge Stacey G.C. Jernigan

of the United States Bankruptcy Court for the Northern District of Texas, to be adjudicated

as a matter related to the Chapter 11 Bankruptcy of HCM., Chapter 11 Case No. 19-34054.

The Clerk of this Court and the Clerk of the Bankruptcy Court to which this case is referred

are directed to take such actions as are necessary to docket this matter as an Adversary

Proceeding associated with the aforementioned consolidated bankruptcy case.

ORDER – PAGE 1

Signed May 19, 2022.

David C. Godbey
United States District Judge