# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:21-cv-01710-N

| | |
|---|---|
| Charitable DAF Fund LP v. Highland Capital Management LP | Date Filed: 07/22/2021 |
| Assigned to: Judge David C Godbey | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 890 Other Statutes: Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Charitable DAF Fund LP**  represented by  **Mazin A Sbaiti**
Sbaiti & Company PLLC
J.P. Morgan Chase Tower
2200 Ross Avenue
Suite 4900W
Dallas, TX 75201
214-432-2899
Fax: 214-853-4367
Email: MAS@SbaitiLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jonathan Bridges**
Sbaiti & Company PLLC
2200 Ross Ave
Suite 4900W
Dallas, TX 75201
214-432-2899
Fax: 214/754-1933 FAX
Email: jeb@sbaitilaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Highland Capital Management LP**  represented by  **Zachery Z. Annable**
Hayward PLLC
10501 N. Central Expressway
Suite 106
Dallas, TX 75231
972-755-7108
Fax: 972-755-7110
Email: zannable@haywardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Gregory V Demo**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave
34th Floor
New York, NY 10017
212-561-7700
Fax: 212-561-7777
Email: gdemo@pszjlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Hayley R Winograd**
Pachulski Stand Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017
212-561-7700
Fax: 212-561-7777
*Bar Status: Not Admitted*

**Jeffrey N Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
13th Floor
Los Angeles, CA 90067
310-227-6910
Fax: 310-201-0760
Email: jpomerantz@pszjlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John A Morris**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
212-561-7700
Fax: 212-561-7777
Email: jmorris@pszjlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Melissa S Hayward**
Hayward PLLC
10501 N Central Expwy
Suite 106
Dallas, TX 75231
972-755-7100
Fax: 972-755-7104
Email: mhayward@haywardfirm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2021 | 1 | COMPLAINT WITH JURY DEMAND against Highland Capital Management LP filed by Charitable DAF Fund LP. (Filing fee $402; Receipt number 0539-12078150) Plaintiff will submit summons(es) for issuance. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Civil Cover Sheet) (Sbaiti, Mazin) (Entered: 07/22/2021) |
| 07/22/2021 | 2 | Request for Clerk to issue Summons to Highland Capital Management, L.P. filed by Charitable DAF Fund LP. (Sbaiti, Mazin) (Entered: 07/22/2021) |
| 07/22/2021 | 3 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Rutherford). Clerk to provide copy to plaintiff if not received electronically. (ndt) (Entered: 07/23/2021) |
| 07/23/2021 | 4 | Summons Issued as to Highland Capital Management LP. (ndt) (Entered: 07/23/2021) |
| 07/23/2021 | 5 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Charitable DAF Fund LP. (Sbaiti, Mazin) (Entered: 07/23/2021) |
| 08/26/2021 | 6 | MOTION to Stay filed by Charitable DAF Fund LP (Sbaiti, Mazin) (Entered: 08/26/2021) |
| 09/07/2021 | 7 | ELECTRONIC ORDER granting 6 Motion to Stay. (Ordered by Judge David C Godbey on 9/7/2021) (chmb) (Entered: 09/07/2021) |
| 10/05/2021 | 8 | MOTION for Reconsideration re 7 Order on Motion to Stay *(Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order)* filed by Highland Capital Management LP (Attachments: # 1 Exhibit(s) A)Attorney Zachery Z. Annable added to party Highland Capital Management LP(pty:dft) (Annable, Zachery) (Entered: 10/05/2021) |
| 10/05/2021 | 9 | Brief/Memorandum in Support filed by Highland Capital Management LP re 8 MOTION for Reconsideration re 7 Order on Motion to Stay *(Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order)* (Annable, Zachery) (Entered: 10/05/2021) |
| 10/05/2021 | 10 | Appendix in Support filed by Highland Capital Management LP re 8 MOTION for Reconsideration re 7 Order on Motion to Stay *(Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order)* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9, # 10 Exhibit(s) 10, # 11 Exhibit(s) 11, # 12 Exhibit(s) 12, # 13 Exhibit(s) 13, # 14 Exhibit(s) 14, # 15 Exhibit(s) 15, # 16 Exhibit(s) 16, # 17 Exhibit(s) 17, # 18 Exhibit(s) 18, # 19 Exhibit(s) 19, # 20 Exhibit(s) 20, # 21 Exhibit(s) 21, # 22 Exhibit(s) 22, # 23 Exhibit(s) 23, # 24 Exhibit(s) 24, # 25 Exhibit(s) 25, # 26 Exhibit(s) 26, # 27 Exhibit(s) 27) (Annable, Zachery) (Entered: 10/05/2021) |
| 10/05/2021 | 11 | MOTION to Dismiss *(Highland Capital Management, L.P.'s Motion to Dismiss)* filed by Highland Capital Management LP (Attachments: # 1 Exhibit(s) A) (Annable, Zachery) (Entered: 10/05/2021) |
| 10/05/2021 | 12 | Brief/Memorandum in Support filed by Highland Capital Management LP re 11 MOTION to Dismiss *(Highland Capital Management, L.P.'s Motion to Dismiss)* (Annable, Zachery) |

| | | |
|---|---|---|
| | | (Entered: 10/05/2021) |
| 10/05/2021 | 13 | Appendix in Support filed by Highland Capital Management LP re 11 MOTION to Dismiss *(Highland Capital Management, L.P.'s Motion to Dismiss)* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3) (Annable, Zachery) (Entered: 10/05/2021) |
| 10/11/2021 | 14 | CERTIFICATE OF SERVICE by Highland Capital Management LP re: 8 MOTION for Reconsideration, 9 Brief/Memorandum in Support of Motion, 10 Appendix in Support, 11 MOTION to Dismiss *(Highland Capital Management, L.P.'s Motion to Dismiss)*, 12 Brief/Memorandum in Support of Motion, 13 Appendix in Support. (Annable, Zachery) Modified text on 10/12/2021 (mjr). (Entered: 10/11/2021) |
| 10/27/2021 | 15 | RESPONSE filed by Charitable DAF Fund LP re: 8 MOTION for Reconsideration re 7 Order on Motion to Stay *(Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order)* (Sbaiti, Mazin) (Entered: 10/27/2021) |
| 11/05/2021 | 16 | REPLY filed by Highland Capital Management LP re: 8 MOTION for Reconsideration re 7 Order on Motion to Stay *(Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order)* (Annable, Zachery) (Entered: 11/05/2021) |
| 11/12/2021 | 17 | CERTIFICATE OF SERVICE by Highland Capital Management LP re 16 Reply (Annable, Zachery) (Entered: 11/12/2021) |
| 05/19/2022 | 18 | ORDER re: 8 Motion for Reconsideration. The Court grants Defendant's motion, lifts the stay, and refers this case to Judge Stacey G.C. Jernigan of the United States Bankruptcy Court for the Northern District of Texas, to be adjudicated as a matter related to the Chapter 11 Bankruptcy of HCM., Chapter 11 Case No. 10-34054. The Clerk of this Court and the Clerk of the Bankruptcy Court to which this case is referred are directed to take such actions as are necessary to docket this matter as an Adversary Proceeding associated with the aforementioned consolidated bankruptcy case. (Ordered by Judge David C Godbey on 5/19/2022) (oyh) (Main Document 18 replaced on 5/23/2022) (twd). (Entered: 05/20/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/25/2022 16:21:04 | | | |
| **PACER Login:** | mmathews01:5861713:5854364 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:21-cv-01710-N |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**