

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 17, 2022

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>　　　　　Reorganized Debtor. | § Chapter 11<br>§<br>§ Case No. 19-34054-sgj11<br>§ |
| THE CHARITABLE DAF FUND, L.P.,<br><br>　　　　　Plaintiff,<br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>　　　　　Defendant. | §<br>§<br>§ Adversary Proceeding No.<br>§<br>§ 22-03052-sgj<br>§ |

## ORDER APPROVING STIPULATION REGARDING PROPOSED SCHEDULING ORDER

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Upon consideration of the *Stipulation and Proposed Scheduling Order* (the "Stipulation")[2] by and between Highland Capital Management, L.P., the reorganized debtor and defendant in the above-captioned adversary proceeding ("Highland"), and The Charitable DAF Fund, L.P. ("Plaintiff," and together with Highland, the "Parties"), it is **HEREBY ORDERED THAT**:

1. The Stipulation, a copy of which is attached hereto as Exhibit A, is approved.

2. The Stipulation shall become effective immediately upon entry of this Order.

3. With respect to the Adversary Proceeding, the Parties shall abide by the following Proposed Joint Schedule:

| Event | Deadline |
|---|---|
| Deadline to File a Response to the Motion to Dismiss | No later than 5:00 p.m. CT on July 5, 2022 |
| Deadline to File a Reply to Any Response to the Motion to Dismiss | No later than 5:00 p.m. CT on July 26, 2022 |
| Hearing on the Motion to Dismiss | August 3, 2022, at 2:30 p.m. CT |

4. The Proposed Joint Schedule set forth in this Order shall only be modified in a writing signed by the Parties or upon the entry of an order of the Court entered upon notice to the Parties.

5. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

*###END OF ORDER###*

---

[2] All capitalized terms used but not defined herein have the meanings given to them in the Stipulation.