# **EXHIBIT 13**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARITABLE DAF FUND, L.P., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-CV-1710-N |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § § | |
| Defendant. | § | |

# **ORDER**

This Order addresses Defendant Highland Capital Management, L.P.'s ("HCM") motion for reconsideration of this Court's earlier order staying this case [8]. This case challenges a transaction consummated in the course of a consolidated bankruptcy proceeding and names as the sole defendant the debtor in that bankruptcy. The Court therefore concludes that this case constitutes a matter "related to" a case in the bankruptcy court under the meaning of this District's Miscellaneous Order No. 33. Accordingly, the Court grants Defendant's motion, lifts the stay, and refers this case to Judge Stacey G.C. Jernigan of the United States Bankruptcy Court for the Northern District of Texas, to be adjudicated as a matter related to the Chapter 11 Bankruptcy of HCM., Chapter 11 Case No. 19-34054. The Clerk of this Court and the Clerk of the Bankruptcy Court to which this case is referred are directed to take such actions as are necessary to docket this matter as an Adversary Proceeding associated with the aforementioned consolidated bankruptcy case.

ORDER – PAGE 1

Signed May 19, 2022.

David C. Godbey
United States District Judge

ORDER – PAGE 2