BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Charitable DAF Fund, LP v. Highland Capital Management, L.P. | Motion To dismiss Adversary Proceeding filed by Defendant Highland Capital Management, L.P. doc. #19 | Case # 22–03052–sgj |
| DEBTOR | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Highland Capital Management, L.P. | *VS* | Charitable DAF Fund, LP |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| Gregory V. Demo | | Jonathan E. Bridges |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

SEE EXHIBIT LIST

Exhibit #17 – Declaration of James P Seery Jr.

Court Took Judicial Notice of Exhibits #1 through #16 & #18 through #22

| | | |
|---|---|---|
| Michael Edmond | August 3, 2022 | Stacey G Jernigan |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |