BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Charitable DAF Fund, LP v. Highland Capital Management, L.P.<br>DEBTOR | Evidentiary hearing | Case #<br>22–03052–sgj |
| | **TYPE OF HEARING** | |
| Highland Capital Management, L.P.<br>**PLAINTIFF / MOVANT** | *VS* | Charitable DAF Fund, LP<br>**DEFENDANT / RESPONDENT** |
| Gregory Demo<br>**ATTORNEY** | | Jonathan E. Bridges<br>**ATTORNEY** |

**EXHIBITS**

SEE EXHIBIT LIST

EXHIBIT 17 Admitted – Declaration of James P. Seery Jr.

Court took Judicial Notice of Exhibits 1–13, 21, and 22

| | | |
|---|---|---|
| M. Edmond<br>REPORTED BY | AUGUST 3, 2022<br>HEARING DATE | Stacey G Jernigan<br>JUDGE PRESIDING |