BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Capital Management, L.P. §
　　　　　　　　　　　　　　Debtor(s) § Case No.: 19−34054−sgj11
The Charitable DAF Fund, L.P. §
　　　　　　　　　　　　　　Appellant(s) § Adversary No.: 22−03052−sgj
　　vs. §
Highland Capital Management, L.P. §
　　　　　　　　　　　　　　Appellee(s) §

# CERTIFICATE OF MAILING

Notice of Appeal Filed By: The Charitable DAF Fund, L.P.

Re: [43] Order Granting Defendants Amended Motion to Dismiss Adversary Proce

The Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on October 12, 2022.

DATED: 10/12/22　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　by: /s/Sheniqua Whitaker, Deputy Clerk