BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: <br> Highland Capital Management, L.P. | § § § § § § § § § § § § § § § | Case No.:    19−34054−sgj11 <br> Chapter No.:   11 |
| Debtor(s) | | |
| The Charitable DAF Fund LP | | |
| Appellant(s) | | Adversary No.:    22−03052−sgj |
| vs. <br> Highland Capital Management LP | | Civil Action No.:    3:22−CV−02280−S |
| Appellee(s) | | |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

   Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 10/5/2022 regarding [43] ) Order granting amended motion to dismiss adversary proceeding with prejudice (related document # 19) Entered on 9/30/2022 by The Charitable DAF Fund LP in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

   This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

   All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

   The above referenced record was delivered to the U.S. District Clerk's Office on December 6, 2022.


DATED: 12/6/22                    FOR THE COURT:
                                  Robert P. Colwell, Clerk of Court

                                  by: /s/J. Blanco, Deputy Clerk