Civil Action No. 3:22-cv-02280-S

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE CHARITABLE DAF FUND LP,

*Appellant,*

v.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Appellee.*

In re: Highland Capital Management, L.P.,
*Debtor.*

On Appeal from the United States Bankruptcy Court for the Northern District of
Texas, Hon. Stacey G.C. Jernigan, Presiding
Bankruptcy Case No. 19-34054-sgj
Adversary Proceeding No. 22-03052-sgj

**JOINT STIPULATION DISMISSING APPEAL WITH PREJUDICE**

This Stipulation is entered into by and between Appellant The Charitable DAF Fund LP and Appellee Highland Capital Management, L.P. as follows:

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, Appellant The Charitable DAF Fund LP and Appellee Highland Capital Management, L.P. hereby stipulate and agree to the dismissal of the above-referenced appeal, with prejudice, with each side to bear its

1

own attorneys' fees and costs.

February 22, 2023                  Respectfully submitted,

                                           */s/ Mazin A. Sbaiti*
Mazin A. Sbaiti
Jonathan Bridges
SBAITI & COMPANY PLLC
JPMorgan Chase Tower
2200 Ross Avenue
Suite 4900W
Dallas, TX 75201
Phone: (214) 432-2899
mas@sbaitilaw.com

and

*/s/ Anne McGowan Johnson*
Anne McGowan Johnson
State Bar No. 00794271
TILLOTSON JOHNSON & PATTON
1807 Ross Ave., Suite 325
Dallas, Texas 75201
214.382.3041 Telephone
214.292.6564 Facsimile
ajohnson@tillotsonlaw.com

**Counsel for The Charitable DAF Fund LP**


*/s/ John A. Morris*
Jeffrey N Pomerantz
John A. Morris
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
310-227-6910
Fax: 310-201-0760
Email: jpomerantz@pszjlaw.com

2

Melissa S Hayward
Zachery Z Annable
Hayward PLLC
10501 N Central Expressway, Suite 106
Dallas, TX 75231
972-755-7100
Fax: 972-755-7104
Email: mhayward@haywardfirm.com
Email: zannable@haywardfirm.com

***Counsel for Highland Capital Management, L.P.***

3