

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 17, 2023

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-30264-SGJ-11 |
| | § | Case No. 18-30265-SGJ-11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | |
| ACIS CAPITAL MANAGEMENT GP, LLC, | § | (Jointly Administered Under Case |
| | § | No. 18-30264-SGJ-11) |
| | § | |
| Debtors. | § | Chapter 11 |
| ACIS CAPITAL MANAGEMENT, L.P., | § | |
| ACIS CAPITAL MANAGEMENT GP, LLC, Reorganized Debtors, | § | Adversary No. 20-03060-SGJ |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| JAMES DONDERO, FRANK WATERHOUSE, SCOTT ELLINGTON, HUNTER COVITZ, ISAAC LEVENTON, JEAN PAUL SEVILLA, THOMAS SURGENT, GRANT SCOTT, HEATHER BESTWICK, WILLIAM SCOTT, AND CLO HOLDCO, LTD., | § | |
| Defendants. | § | |

**ORDER GRANTING IN PART AND DENYING IN PART ACIS'
MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Upon consideration of (a) *Acis' Motion to Compel Compliance with Subpoena*, and all documents submitted in support thereof (the "Motion") [Docket Nos. 89 and 90], with respect to the Amended Subpoena (the "Subpoena") served by the Plaintiffs (together, "Acis") in the above-referenced adversary proceeding (the "Adversary Proceeding") on Highland Capital Management, L.P. ("Highland" and together with Acis, the "Parties") [*see* Docket No. 90-2 (Exhibit 7)]; (b) *Highland Capital Management, L.P.'s Response to Acis' Motion to Compel Compliance with Subpoena*, and all documents submitted in support thereof [Docket Nos. 93-96]; (c) *Acis' Response in Support of Motion to Compel Compliance*, and all documents submitted in support thereof [Docket No. 98]; (d) counsels' arguments made during a hearing conducted on January 26, 2023 (the "Hearing"); and (e) the Parties' agreement to the terms of this Order (as indicated by counsel's signatures below), the Court:

1. **GRANTS** the Motion only to the following extent and **ORDERS** that (1) the relevant timeframe of the Subpoena is June 1, 2016 to October 15, 2019; (2) Highland must produce documents relevant to HarbourVest to the extent identified using modified search terms previously agreed to between the Parties;[1] and (3) Highland must produce attorney communications and potentially privileged communications contained within the set of pre-petition e-mail documents previously produced in *Kirschner v. Dondero, et. al,* Adv. Pro. No. 21-03076-sgj (Bank. N.D. Tex.) (the "Kirschner Action"), within 30 calendar days of this Order, to the extent identified by search terms previously agreed to between the Parties. Documents produced pursuant to part (3) of this paragraph shall be subject to the limitations set forth in paragraph 13 of the *Agreed Protective Order* in Kirschner Action [Adv. Pro. No. 21-

---

[1] Counsel for the Parties informed the Court during the Hearing that an agreement was reached on limited search terms concerning "HarbourVest" and that Highland had completed its production of such documents.

03076, Docket No. 202], except that such documents may also be used in this Adversary Proceeding.

2. The Court further **ORDERS** that Highland shall complete the document production required by this Order within 30 calendar days of this Order unless such 30-day period is extended by written agreement of the parties or upon good cause shown.

3. All relief requested in the Motion and not specifically granted in paragraph 1 is **DENIED.**

4. This **ORDER** resolves all issues and requests made in the Motion.

### END OF ORDER ###

**ORDER SUBMITTED BY:**

*/s/ Shawn Bates*
AHMAD, ZAVITSANOS & MENSING, PLLC
Joseph Y. Ahmad
Texas Bar No. 00941100
Federal Bar No. 11604
Shawn M. Bates
Texas Bar No. 24027287
Federal Bar No. 30758
Alex Dvorscak
Texas Bar No. 24120461
Christian Adriatico
Texas Bar No. 24113366
1221 McKinney St. Suite 2500
Houston, Texas 77010
(713) 655-1101 Telephone
(713) 655-0062 Facsimile
joeahmad@azalaw.com
sbates@azalaw.com
advorscak@azalaw.com
cadriatico@azalaw.com

**COUNSEL FOR PLAINTIFFS AND REORGANIZED DEBTORS**

*/s/ John Morris*
PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (admitted pro hac vice)
John A. Morris (NY Bar No. 2405397) (admitted pro hac vice)
Gregory V. Demo (NY Bar No. 5371992) (admitted pro hac vice)
Hayley R. Winograd (NY Bar No. 5612569) (admitted pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jmorris@pszjlaw.com

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

**COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.**